# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161477(80)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND R. SMITH,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Intervening Plaintiff,

SC: 161477
COA: 339705
MCAC: 14-000003

CHRYSLER GROUP, LLC,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Counsel of Self-Insured Group Administrators and the Michigan Self-Insurers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 20, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk